IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY POLLITT,

    Plaintiff,

vs.                                              No. 12-cv-0674 SMV/RHS

UNITED AIRLINES CORP.,

    Defendant.

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in this matter. Having dismissed the action with prejudice, in an order entered concurrently herewith,

**IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered **IN FAVOR OF DEFENDANT** on all of Plaintiff's claims, which are hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**